# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 28, 2011

No. 10-50964
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

LEODEGARIO NAVARRO-MENDEZ,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:10-CR-995-1

Before JOLLY, GARZA and STEWART, Circuit Judges.

PER CURIAM:[*]

Leodegario Navarro-Mendez (Navarro) pleaded guilty to illegal reentry
into the United States after deportation and was sentenced above the sentencing
guidelines range to 12 months of imprisonment and one year of supervised
release. He argues on appeal that his sentence is unreasonable because the
district court did not adequately explain its reasons for sentencing him above the
guidelines range.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 10-50964

Navarro has completed his sentence, has been released from custody, and has been removed to Mexico.  The appeal of his sentence is therefore moot.  *See United States v. Rosenbaum-Alanis*, 483 F.3d 381, 383 (5th Cir. 2007).  Accordingly, the appeal is DISMISSED.